*Band Potawatomi Nation, ante,* p. 95.

No. 05–59. UNITED STATES *v.* MATTHEWS. C. A. 11th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Gonzales* v. *Raich,* 545 U. S. 1 (2005).

No. 05–6899. STRABLE *v.* SOUTH CAROLINA. Sup. Ct. S. C. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals,* 506 U. S. 1 (1992) *(per curiam).* JUSTICE STEVENS dissents. See *id.,* at 4, and cases cited therein.

No. 05A439. LEPRICH *v.* WRONA. Application for bail, addressed to JUSTICE SOUTER and referred to the Court, denied.

No. 05M32. THOMAS *v.* CHANDLER, WARDEN; and
No. 05M35. FINK *v.* MEIER. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 05M33. REDDY *v.* STOTLER, JUDGE, UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA. Motion to direct the Clerk to file petition for writ of certiorari out of time under this Court's Rule 14.5 denied.

No. 05M34. UNDER SEAL *v.* UNITED STATES. Motion for leave to file petition for writ of certiorari under seal with redacted copies for the public record granted.